**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher Bradley Hay** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number (if known) | **2019-25191** |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................... | $ 570,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................... | $ 289,992.33 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................ | $ 859,992.33 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,054,544.38 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 481,097.28 |
| **Your total liabilities** | $ 1,535,641.66 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................ | $ 4,171.31 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............................ | $ 9,698.78 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Christopher Bradley Hay**

Case number *(if known)* **2019-25191**

■    the court with your other schedules.

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.        $

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim | |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ | **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ | **0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Christopher Bradley Hay** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number   **2019-25191** | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

1.1

**2330 Temple Drive**
_____
Street address, if available, or other description

**Davis**      **CA**      **95618-0000**
City            State        ZIP Code

**Yolo**
_____
County

**What is the property?** Check all that apply

☑ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's primary residence (3 bedroom/2 bath residential, 1234 sq. ft.). APN: 032-183-019-000**
**Christopher B. Hay and Jana D. Hay, Husband and Wife as Joint Tenants**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$570,000.00** | **$570,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☑ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................=>**

| |
|---|
| **$570,000.00** |

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on _Schedule G: Executory Contracts and Unexpired Leases._

Debtor 1    **Christopher Bradley Hay**

Case number *(if known)*   **2019-25191**

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Chrysler** | | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**3.1** Make: **Chrysler**
Model: **Pacifica**
Year: **2017**
Approximate mileage: **37,389**
Other information:

Registered Owner: Jana Hay

Current value of the entire property? **$16,288.00**

Current value of the portion you own? **$16,288.00**

**3.2** Make: **Dodge**
Model: **Ram 1500 SLT Crew Cab**
Year: **2015**
Approximate mileage: **83,867**
Other information:

Registered Owner: Christopher B. Hay

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$21,095.00**

Current value of the portion you own? **$21,095.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>    **$37,383.00**

---

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

Debtor 1    **Christopher Bradley Hay**            Case number *(if known)*   **2019-25191**

| | |
|---|---|
| **Household Goods & Furnishings located at 2330 Temple Drive, Davis, CA:**<br>**3 Bedrooms: Beds ($600), Dresser ($150), Nightstands ($150); Lamps ($50); Armoire: ($400); Wall Mirror, Children's Toys ($100).**<br>**2 Living Rooms: Sofa(s) ($500), Chairs ($200), End Table ($50); Coffee Table ($250); Other Tables ($300), Entertainment Center: ($200), Miscellaneous other (credenza, bookshelf, mirror, gas fireplace) ($900).**<br>**Kitchen: Stove ($650), Dishwasher ($1,000), Microwave ($100), Refrigerator ($800), Tables and Chairs: ($200); Dishware ($200), Various Cookware ($750), Eating/Cooking Utensils ($350), Small Electric Appliances ($450); Miscellaneous Other (under cabinet osmosis filter, stainless over hood) ($500).**<br>**Dining Room: Tables and Chairs: ($700), Chandelier ($100).**<br>**Home Office: Secretariat ($100), Metal Filing Cabinet ($20).**<br>**Miscellaneous Cleaning and Hair Appliances: 3 Hair blow dryers, ceramic hair iron, space heater, humidifier, Oreck vacuum cleaner, black and decker hand vacuum cleaner, 1 floor washer, 1 carpet spot cleaner, brooms, mop ($200).** | $9,970.00 |

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Miscellaneous Electronic and Computer Equipment located at 2330 Temple Drive, Davis, CA: 2 Televisions, 3 Computers, Printer, Stanmore Bluetooth Speaker, USB DVD Drive, Apple TV.** | $1,000.00 |

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ■ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Sport, Hobby Equipment located at 2330 Temple Drive, Davis, CA: 1 SLR Cannon camera, folding tripod, flash drives ($50); Camping equipment ($350);**<br>**30-year-old comic books ($50); Gardening Tools ($50); Exercise equipment: Water Rower Machine, Dumbbell Weights ($1,000).**<br>**Bikes: 1 Virtue Bucket Bike (2yo), 1 Breezer 3 speed bike (4yo), 1 12 speed bike (5yo), I Specialized step-through bike (3yo), 1 Children's REI Bike (Iyo), I Burley Bike Trailer, 1 kid's bike mounted seat, 4 adult helmets, 3 kids' helmets (Total: $1,600).**<br>**Sports equipment: 1 men's rollerblades ( 1 yo), 1 women's rollerblades (3yo), 1 child roller skates (2yo), 1 Razor scooter (2yo), 1 child scooter (3yo), basketballs (old) soccer balls (nominal), Frisbees (old), football ( 15yo), 2 Tennis Rackets (old), Golf clubs: 1 set, used ($250), 1squash racquet (2yo), scuba gear (>8yo) ($350).** | $3,450.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         

Debtor 1    **Christopher Bradley Hay**      Case number *(if known)*   **2019-25191**

■ Yes.  Describe.....

| | |
|---|---|
| CZ 75 Compact 9mm (3yo),  .17 HMR Rifle ( 3 yo ), minimal ammunition, small safe. | $800.00 |

**11. Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Clothing located at 2330 Temple Drive, Davis, CA: (1 woman, 1 man, 1 toddler, 1 infant). | $1,000.00 |

**12. Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Jewelry: men's wedding ring; women's wedding band; 3 men's watches; miscelleanous women's jewerly. | $3,300.00 |

**13. Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| 1 Dog, 1 Cat | $1.00 |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes.  Give specific information.....

| | |
|---|---|
| Power/Hand Tools: (HEPA Shop Vac (2yo), Dewalt Bench Planer (3yo), Skil bench top handsaw (3yo), Skil benchtop drill press (3yo), Dewalt orbital sander (3yo), Rigid Belt Sander (8yo), Rigid Router (4yo), Centech Videoscope (2yo), Dremel 3000 (3yo), Dewalt hand planer (8yo),  Porter  Cable  Biscuit Joiner ( 3 yo ), Milwaukee 18VFuel Drill and Impact Driver (4yo), Ryobi jigsaw (8yo),   Weier Soldering  Iron ( lyo), TIF Combustible Gas Detector (3yo), Delta Bench Joiner (5yo), Milwaukee 18v Shop Vac (2yo), Milwaukee Dust Buster (3yo), Milwaukee Blower (3yo), Milwaukee Tool Chest (3yo), Milwaukee I8V Circular Saw(4yo), Milwaukee I8V Jigsaw (2yo), Milwaukee I 8 V MultiTool ( 2 yo ) , Milwaukee 18V Lamp (3yo), Wagner Paint Gun (2yo), Drywall Stilts, Wagner Texture Gun (2yo), Husky 20gal Air Compressor (5yo), Husky Air Chisel (3yo), Bosch Laser Leveler (8yo) Ryobi Tile Saw (2yo), Electrical Meter (3yo), Husky Area Work Light (6yo), Box Fan (3 yo); Assorted Wrenches, Hammers, Screwdrivers, Saws, Chisels, Pliers, Trowels, Drill Bits, Clamps, Measuring Tapes, Levels, Bits, Fittings, Assorted Wood Stock, 50'Gas hose, Flooring/Tile Remnants, Paint, Stains, Compounds, Hardware, Electrical Boxes and Fittings, Outlets and Switches, Romex, Pump sprayer (Total: $3,375). | $3,375.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **Christopher Bradley Hay**                     Case number *(if known)*   **2019-25191**

> **Patio Furniture: Used glass table and 4 chairs and 1 chaise lounge ($300); gas lawnmower ($100); 8' folding ladder ($75); 3 piece luggage (poor condition), 1 50L duffel bag, 1 gym bag ($100); 10 plastic folding chairs, 1 folding plastic table, 1 anatomical skeleton, 1 dog crate, 1 baby gate, 1 baby playpen, 1 baby "pack and play", 3 carseats ($200).**

**$775.00**

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................**

**$23,671.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes...................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................

Institution name:

| | | |
|---|---|---|
| 17.1. | **Wells Fargo Goal Savings** | **Wells Fargo Bank, N.A.** **Account No. 1669** **Names on Account: Christopher B. Hay and Jana D. Hay** | **$1,000.02** |
| 17.2. | **Wells Fargo College Checking** | **Wells Fargo Bank, N.A.** **Account No. 5142** **Names on Account: Christopher B. Hay and Jana D. Hay** | **$1,822.63** |
| 17.3. | **USAA Classic Checking** | **USAA Federal Savings Bank** **Account No. 0964** **Names on Account: Christopher B. Hay and Jana D. Hay** | **$9,032.98** |
| 17.4. | **USAA Savings** | **USAA Federal Savings Bank** **Account No. 0972** **Names on Account: Christopher B. Hay and Jana D. Hay** | **$1,525.88** |
| 17.5. | **Chase Business Classic** | **JPMorgan Chase Bank, N.A.** **Account No. 1719** **Names on Account: Christopher B. Hay DBA Say Hay Farms** | **$215.01** |
| 17.6. | **Chase Business Select High Yield Savings** | **JPMorgan Chase Bank, N.A.** **Account No. 2936** **Names on Account: Christopher B. Hay DBA Say Hay Farms** | **$25.08** |
| 17.7. | **Classic Free Business Checking - Business Account** | **First Northern Bank** **Account No. 1265** **Names on Account: Christopher Bradley Hay, Say Hay Farms** | **$4,474.09** |

| Debtor 1 | **Christopher Bradley Hay** | Case number *(if known)* | **2019-25191** |

| | | | |
|---|---|---|---|
| 17.8. | **E Checking** | **FirefightersFirst Credit Union**<br>**Account No. 7183**<br>**Names on Account: Christopher Bradley Hay** | **$0.00** |
| 17.9. | **Regular Share** | **FirefightersFirst Credit Union**<br>**Account No. 7174**<br>**Names on Account: Christopher Bradley Hay** | **$5.00** |
| 17.10. | **Money Market (MMIA) - Business Account** | **First Northern Bank**<br>**Account No. 1253**<br>**Names on Account: Christopher Bradley Hay, Say Hay Farms** | **$13.19** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ■ No
   ☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ■ No
   ☐ Yes.  Give specific information about them...................
                Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them
                Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
                Type of account:                Institution name:

| **401(k)** | **Sutter Medical Group 401(k) Profit Sharing Plan**<br>**Jana Hay**<br>**NetBenefits provided by Fidelity Investments**<br>**(Vested Balance: $25,190.50; Dividends & Interest: $1,040.21)** | **$25,190.50** |
|---|---|---|
| **Pension-CalPers** | **University of California Pension** | **$3,000.00** |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ■ No
   ☐ Yes. ....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ■ No
   ☐ Yes............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ■ No
   ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| Debtor 1 | **Christopher Bradley Hay** | Case number *(if known)* | **2019-25191** |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**28. Tax refunds owed to you**
- ☐ No
- ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Tax Refund for 2019 Tax Year | Federal & State | Unknown |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☐ No
- ■ Yes.  Give specific information..

| Refund due from PG&E (Acct No. 9689806415-7). | | $470.45 |

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Life Insurance Policy**<br>**15-Year Term Policy**<br>**USAA Life Insurance Company**<br>**9800 Fredericksburg Rd., San Antonio,**<br>**TX 78288**<br>**Policy No. A941561257**<br>**Name of Insured: Christopher B. Hay**<br>**Policy Start Date: 4/3/2010**<br>**Policy Limitation: Total Base Policy,**<br>**Net death benefit: $50,000.00** | **Jana D. Hay** | $0.00 |

Debtor 1    **Christopher Bradley Hay**                                    Case number *(if known)*   **2019-25191**

**Homeowners Insurance**
**Policy No. CIC 01007 07 70 90A**
**Effective: 10/5/2018 - 10/5/2019**

**Location of Property Insured:**
**2330 Temple Drive**
**Davis, CA 95618-1427**

**Policy Limits: (A) Dwelling Protection**
**$267,000; (B) Other Structural**
**Protection $26,700; (C) Personal**
**Property $133,500; (D) Loss of Use**
**$53,400; Personal Liability (each**
**occurrence) $1,000,000; Medical**
**Payments to Others $5,000; California**
**Earthquake Authority, Basic**
**Earthquake Policy: (A/B) Dwelling**
**Protection/Extensions to Dwelling**
**$267,000; (C) Personal Property:**
**$25,000; (D) Loss of Use: $25,000;**
**Other Coverages: Buildin gCode**
**Upgrades: $20,000.**

**Provider: USAA Casualty Insurance**
**Company**
**9800 Fredericksburg Road, San**                    **Jana D. Hay and**
**Antonio, TX 78288**                                    **Christopher B. Hay**                            **Unknown**

---

**Automobile Liability Insurance**
**USAA Casualty Insurance Company**
**9800 Fredericksburg Road, San**
**Antonio, TX 78288**

**Policy No. CIC 01007 07 70C 7104 2**
**Effective: 1/25/2018 - 6/22/2018**

**Name of Insured: Jana Dulava Hay and**
**Christopher B. Hay**
**Vehicle Insured: 2017 Chrysler Pacifica**
**Policy Limits: (A) Liability, Bodily**
**Injury: $20,000 each person, $40,000**
**each accident; Property Damage:**
**$25,000 each accident; (B) Medical**
**Payments: $1,000 each person; (C)**
**Uninsured Motorists: $20,000 each**                    **Jana D. Hay and**
**person, $40,000 each accident.**                        **Christopher B. Hay**                            **Unknown**

---

| Debtor 1 | **Christopher Bradley Hay** | Case number *(if known)* | **2019-25191** |

**Commercial Auto, Commercial General, Farm Property, Farm Liability Insurance**
**Zenith Insurance Company**
**21255 Califa St., Woodland Hills, CA 91367**

**Policy No. CFP 00018247-02**
**Effective: 5/17/2018 - 5/17/2019**

**Name of Insured: Christopher Hay**
**Policy Limits: Commercial Auto Coverage: $3,748.00; Commercial General Liability Coverage: $1,028.00; Farm Property Coverage: $1,326.00; Farm Liability Coverage: $859.00.**

**Producer: Wraith, Scarlett & Randolph**
**509 Bush Street, Woodland, CA 95695**      **Christopher Hay**      **Unknown**

**Workers' Compensation Insurance Dividend 2017, 2018 Years**
**The Zenith**
**ZNAT Insurance Company**
**21255 Califa Street**
**Woodland Hills, CA 91367**      **Say Hay Farms**      **Unknown**

**University of California Insurance**
**Accounting and Financial Services**
**#0011**
**Davis, CA 95616-8504**
**Account No. 3075**
**Effective: 2019**

**Name of Insured: Christopher Hay**
**Policy Limits: Medical (self + children); Dental (self + family); Vision (self + family); Legal (self + family); Basical Disability; Voluntary Disability (Short-Term, Long-Term); Basic/Core Life Insurance ($50,000); Supplemental Life Insurance ($324,000); Dependent Life (spouse / children) ($162,000 / $10,000 each); AD&D Insurance (single) ($500,000).**      **Christopher Hay**      **Unknown**

32. **Any interest in property that is due you from someone who has died**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
     ■ No
     ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ■ No
     ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ☐ No
     ■ Yes. Describe each claim.........

Debtor 1    **Christopher Bradley Hay**          Case number *(if known)*    2019-25191

| | |
|---|---|
| **Payment due for tentant improvments upon lease termination.**<br>**Re: Lease with Jon Robbins and Pat Meade of real proeprty (APNs 050-010-015 & 050-010-020)** | **$108,000.00** |

| | |
|---|---|
| **Payment due for tentant improvments upon lease termination.**<br>**Re: Lease with Ramon Cadena & Ramon Cadena Jr. re 17570 County Road 86, Esparto, California**<br>**Encumbered by FSA Deed of Trust recorded July 24, 2018 (Yolo Cnty. Doc. No. 17210)** | **$55,917.00** |

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes.  Give specific information..

| | |
|---|---|
| **Health Savings Account**<br>**Fidelity Investments**<br>**Brokerage No. 0058** | **$462.14** |

| | |
|---|---|
| **Dependent Care Flex Spending Account**<br>**WageWorks, Inc.**<br>**PO Box 224547**<br>**Dallas, TX 75222-4547** | **$277.78** |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................................... | **$211,431.75** |

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Say Hay Farms Accounts Receivable, see attached Exhibit "1" attached hereto and incorporated by reference.** | **$994.05** |

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes.  Describe.....

Debtor 1　**Christopher Bradley Hay**　　　　　　　　　　Case number *(if known)*　**2019-25191**

| | |
|---|---|
| **Firefighter Work Tools and Safety Equipment**<br>**Safety Glasses and Case ($20.48); Headlamp, Sleep Mask, and Survival Tool ($110.53); Waterproof Matches ($8.39); Facemask Shield ($37.00); Uniform Belt and Work Gloves ($43.18); Axe Belt ($107.75); Radio Bucket, Light Strap, Rope Bag Attachment ($113.14); Rescue Tool ($55.97); SCBA mask bag ($14.99); Wallet, Pens, Voltage Tester, Window Punch ($48.45); Glove Strap ($8.57); Helmet Streamlight, Rescue Knife, Cutting Pliers, Forcible Entry Wedge, ($188.57); Duty Sunglasses ($117.88); Misc Station Bedding & Clothing ($490.26); & Leatherman Rescue Tool ($97.37)** | **$1,462.53** |

41.　**Inventory**
　　■ No
　　☐ Yes.  Describe.....

42.　**Interests in partnerships or joint ventures**
　　■ No
　　☐ Yes.  Give specific information about them...................
　　　　　　　Name of entity:　　　　　　　　　% of ownership:

43.　**Customer lists, mailing lists, or other compilations**
　　■ No.
　　☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

　　　　■ No
　　　　☐ Yes.  Describe.....

44.　**Any business-related property you did not already list**
　　■ No
　　☐ Yes. Give specific information.........

45.　**Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................................

| |
|---|
| **$2,456.58** |

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46.　**Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
　　☐ No. Go to Part 7.
　　■ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.　**Farm animals**
　　*Examples:* Livestock, poultry, farm-raised fish
　　■ No
　　☐ Yes................

48.　**Crops—either growing or harvested**
　　■ No
　　☐ Yes. Give specific information.....

Debtor 1    **Christopher Bradley Hay**                                    Case number *(if known)*   **2019-25191**

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☐ No
■ Yes................

| | |
|---|---|
| Say Hay Farms Machinery & Equipment<br>See list of remaining farm assets attached Exhibit "2" and<br>incorporated by reference herein. | **$3,050.00** |

| | |
|---|---|
| Farm Vehicles (Ford Ranger Pickup Truck (non-opp) $500; Chevy<br>Silverado Truck (non-opp) $500) | **$1,000.00** |

| | |
|---|---|
| Finger Cultivator | **$11,000.00** |

50. **Farm and fishing supplies, chemicals, and feed**
■ No
☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**
☐ No
■ Yes. Give specific information.....

| | |
|---|---|
| Buildings and Real Estate Improvements | **Unknown** |

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................................................   | **$15,050.00** |

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   | **$0.00** |

**Part 8:**   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...........................................................................................   **$570,000.00**
56. **Part 2: Total vehicles, line 5**                                    **$37,383.00**
57. **Part 3: Total personal and household items, line 15**               **$23,671.00**
58. **Part 4: Total financial assets, line 36**                          **$211,431.75**
59. **Part 5: Total business-related property, line 45**                   **$2,456.58**
60. **Part 6: Total farm- and fishing-related property, line 52**         **$15,050.00**
61. **Part 7: Total other property not listed, line 54**              +       **$0.00**

62. **Total personal property.** Add lines 56 through 61...     **$289,992.33**    Copy personal property total     **$289,992.33**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62     | **$859,992.33** |

# EXHIBIT 1
# to Schedule B

# Say Hay Farms

## A/R AGING SUMMARY
### As of July 28, 2019

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Blue Apron | | | | | -240.00 | $ -240.00 |
| Bolinas Peoples Market | | | | | 37.50 | $37.50 |
| Briar Patch Food Coop | | | | | -48.00 | $ -48.00 |
| Capay Valley Farm Shop | | | | | 428.40 | $428.40 |
| Davis Food Coop | | | | | -16.00 | $ -16.00 |
| Del Popolo | | | | | -129.00 | $ -129.00 |
| Desco | | | | | 33.75 | $33.75 |
| Dopo | | | | 240.00 | 137.00 | $377.00 |
| Edible Pedal | | | | | 180.00 | $180.00 |
| Good Eggs | | | -91.85 | -87.00 | 79.45 | $ -99.40 |
| Jules Thin Crust | | | | | 36.00 | $36.00 |
| NCAT (Western Regional Office) | | | | | 350.00 | $350.00 |
| Savory Cafe | | | | | -15.95 | $ -15.95 |
| Silo Technologies, Inc. | | | | | -25.75 | $ -25.75 |
| Three Stone Hearth | | | | 125.25 | 0.25 | $125.50 |
| TOTAL | $0.00 | $0.00 | $ -91.85 | $278.25 | $807.65 | $994.05 |

# EXHIBIT 2
# to Schedule B

Say Hay Farms Miscelleanous Equipment and Supplies

| Property | Condition | Estimated Value |
|---|---|---|
| Roll top desk and chair | Fair | $150.00 |
| Misc office supples | Fair | $100.00 |
| 1 adjustable ikea table | Good | $250.00 |
| futon/couch | Fair | $100.00 |
| large dell monitor | Fair | $50.00 |
| pallet jack | Fair | $100.00 |
| produce boxes | Fair | $100.00 |
| totes | Fair | $150.00 |
| filing cabinets | Fair | $200.00 |
| misc chicken supplies | Poor | $50.00 |
| #223 - assorted hardware | Fair | $50.00 |
| #124 - implement | Fair | $100.00 |
| #158 - single bed mulcher | Fair | $100.00 |
| #178 - vacuum seeder parts | Poor | $100.00 |
| #216 - mixer and bottle jack | Fair | $50.00 |
| #270 - husky cart 21x16x27 | Fair | $50.00 |
| drip tape | Fair | $50.00 |
| market tents | Poor | $50.00 |
| solar fence charger | Poor | $50.00 |
| (2) roll out egg nests | Good | $200.00 |
| hand rototiller | Fair | $50.00 |
| wooden pallets | Good | $50.00 |
| (4) 2x4 fencing, misc length | Fair | $50.00 |
| steel salvage | Fair | $250.00 |
| (4) trailer frames (from coops) | Fair | $600.00 |
|  |  | **$3,050.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher Bradley Hay** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number (if known) | **2019-25191** |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt      4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2330 Temple Drive Davis, CA 95618 Yolo County Debtor's primary residence (3 bedroom/2 bath residential, 1234 sq. ft.). APN: 032-183-019-000 Christopher B. Hay and Jana D. Hay, Husband and Wife as Joint Tenants** Line from *Schedule A/B*: **1.1** | **$570,000.00** | ☑      **$100,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **2017 Chrysler Pacifica 37,389 miles Registered Owner: Jana Hay** Line from *Schedule A/B*: **3.1** | **$16,288.00** | ☑      **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| **2015 Dodge Ram 1500 SLT Crew Cab 83,867 miles Registered Owner: Christopher B. Hay** Line from *Schedule A/B*: **3.2** | **$21,095.00** | ☑      **$1,325.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Christopher Bradley Hay** | | Case number (if known) | **2019-25191** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household Goods & Furnishings located at 2330 Temple Drive, Davis, CA:**<br>**3 Bedrooms: Beds ($600), Dresser ($150), Nightstands ($150); Lamps ($50); Armoire: ($400); Wall Mirror, Children's Toys ($100).**<br>**2 Living Rooms: Sofa(s) ($500), Chairs ($200), End Tab**<br>Line from *Schedule A/B*: **6.1** | $9,970.00 | ■    $9,970.00<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Miscellaneous Electronic and Computer Equipment located at 2330 Temple Drive, Davis, CA: 2 Televisions, 3 Computers, Printer, Stanmore Bluetooth Speaker, USB DVD Drive, Apple TV.**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■    $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Sport, Hobby Equipment located at 2330 Temple Drive, Davis, CA:**<br>**1 SLR Cannon camera, folding tripod, flash drives ($50); Camping equipment ($350);**<br>**30-year-old comic books ($50); Gardening Tools ($50); Exercise equipment: Water Rower Machine, Dumbbell**<br>Line from *Schedule A/B*: **9.1** | $3,450.00 | ■    $3,450.00<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **CZ 75 Compact 9mm (3yo), .17 HMR Rifle ( 3 yo ), minimal ammunition, small safe.**<br>Line from *Schedule A/B*: **10.1** | $800.00 | ■    $800.00<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Clothing located at 2330 Temple Drive, Davis, CA: (1 woman, 1 man, 1 toddler, 1 infant).**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■    $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Jewelry: men's wedding ring; women's wedding band; 3 men's watches; miscelleanous women's jewerly.**<br>Line from *Schedule A/B*: **12.1** | $3,300.00 | ■    $3,300.00<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **1 Dog, 1 Cat**<br>Line from *Schedule A/B*: **13.1** | $1.00 | ■    $1.00<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

Debtor 1  **Christopher Bradley Hay**                                Case number (if known)  **2019-25191**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Power/Hand Tools: (HEPA Shop Vac (2yo), Dewalt Bench Planer (3yo), Skil bench top handsaw (3yo), Skil benchtop drill press (3yo), Dewalt orbital sander (3yo), Rigid Belt Sander (8yo), Rigid Router (4yo), Centech Videoscope (2yo), Dremel 3000 (3yo), Dewalt**<br>Line from *Schedule A/B*: **14.1** | **$3,375.00** | ■  **$3,375.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Patio Furniture: Used glass table and 4 chairs and 1 chaise lounge ($300); gas lawnmower ($100); 8' folding ladder ($75); 3 piece luggage (poor condition), 1 50L duffel bag, 1 gym bag ($100); 10 plastic folding chairs, 1 folding plastic table, 1 anatomica**<br>Line from *Schedule A/B*: **14.2** | **$775.00** | ■  **$775.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **401(k): Sutter Medical Group 401(k) Profit Sharing Plan**<br>**Jana Hay**<br>**NetBenefits provided by Fidelity Investments**<br>**(Vested Balance: $25,190.50; Dividends & Interest: $1,040.21)**<br>Line from *Schedule A/B*: **21.1** | **$25,190.50** | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Pension-CalPers: University of California Pension**<br>Line from *Schedule A/B*: **21.2** | **$3,000.00** | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.110** |
| **Firefighter Work Tools and Safety Equipment**<br>**Safety Glasses and Case ($20.48); Headlamp, Sleep Mask, and Survival Tool ($110.53); Waterproof Matches ($8.39); Facemask Shield ($37.00); Uniform Belt and Work Gloves ($43.18); Axe Belt ($107.75); Radio Bucket,**<br>Line from *Schedule A/B*: **40.1** | **$1,462.53** | ■  **$1,462.53**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher Bradley Hay** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number (if known) | **2019-25191** |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| | Column A | Column B | Column C |
|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1** **Affiliated Equipment Financing**

Creditor's Name

**2491 Alluvial Avenue, Suite 625 Clovis, CA 93611**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred   **6/14/2018**

**Describe the property that secures the claim:**      | $10,655.00 | $11,000.00 | $0.00 |

**Finger Cultivator**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **7301**

Debtor 1    **Christopher Bradley Hay**                                      Case number (if known)    **2019-25191**

|  |  |  |
|---|---|---|
| First Name | Middle Name | Last Name |

---

| **2.2** | **Bank of Hope** | Describe the property that secures the claim: | **$454,150.55** | **$570,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**2330 Temple Drive Davis, CA 95618
Yolo County
Debtor's primary residence (3
bedroom/2 bath residential, 1234 sq.
ft.).
APN: 032-183-019-000
Christopher B. Hay and Jana D. Hay,
Husband and Wife as Joint Tenants**

**3200 Wilshire Blvd., Ste.
500
Los Angeles, CA 90010**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred    **11/16/2018**          Last 4 digits of account number    **5202**

---

| **2.3** | **Capital One Auto Finance** | Describe the property that secures the claim: | **$17,066.02** | **$16,288.00** | **$778.02** |
|---|---|---|---|---|---|

Creditor's Name

**2017 Chrysler Pacifica 37,389 miles
Registered Owner: Jana Hay**

**P.O. Box 255605
Sacramento, CA 95865**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred    _____          Last 4 digits of account number    **8078**

---

Official Form 106D              Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**              page 2 of 6

Debtor 1    **Christopher Bradley Hay**       Case number (if known)    **2019-25191**

First Name      Middle Name      Last Name

---

| 2.4 | **Farm Service Agency** | Describe the property that secures the claim: | $145,000.00 | $55,917.00 | $89,083.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **Citrus orchard estalishment and maintenance. Promissory Note for Subsequent Loan (Principal $190,000, 4% per annum) for 32 years.**

**7585 S. Longe Street, Suite 100 Stockton, CA 95206**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Real Estate Deed of Trust for California with Assignment of Rents**

Date debt was incurred   **7/19/2018**     Last 4 digits of account number   **4406**

---

| 2.5 | **Farm Service Agency** | Describe the property that secures the claim: | $73,824.00 | $0.00 | $73,824.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **Restructured operating line during business expansion. Promissory Note for Initial Loan (Principal $71,000, 2.5% per annum). Loan rescheduled 10/18/2016 (Principal $73,824.58, 2.1250% per annum) for 15 years.**

**7585 S. Longe Street, Suite 100 Stockton, CA 95206**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **3/4/2015**     Last 4 digits of account number   **4403**

---

Debtor 1　**Christopher Bradley Hay**

First Name　　　Middle Name　　　Last Name

Case number (if known)　**2019-25191**

| 2.6 | **Farm Service Agency** | |
|---|---|---|

Creditor's Name

**7585 S. Longe Street, Suite 100 Stockton, CA 95206**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**　3/4/2015

**Describe the property that secures the claim:**

**Development of Farm Property: AG well, packing facility, coolers. Promissory Note for Subsequent Loan (Principal $229,000, 2.5% per annum).**

$228,784.99　　　$113,284.14　　　$115,500.85

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)　**Real Estate Deed of Trust for California with Assignment of Rents**

**Last 4 digits of account number**　4404

---

| 2.7 | **First Northern Bank of Dixon** | |
|---|---|---|

Creditor's Name

**195 North First Street Dixon, CA 95620**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**　5/10/2017

**Describe the property that secures the claim:**

**Operation Line of Credit. Promissory Note for Line of Credit (Principal $100,000, variable interest rate) - Christopher B. Hay DBA Say Hay Farms**

$101,455.27　　　$4,487.28　　　$96,967.99

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)　**Promissory Note for Line of Credit - Christopher B. Hay DBA Say Hay Farms**

**Last 4 digits of account number**　5424

---

Debtor 1   **Christopher Bradley Hay**

     First Name          Middle Name          Last Name

Case number (if known)   **2019-25191**

| 2.8 | **USAA Federal Savings Bank** | | $23,608.55 | $21,095.00 | $2,513.55 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2015 Dodge Ram 1500 SLT Crew Cab 83,867 miles**
> **Registered Owner: Christopher B. Hay**

**P.O. Box 25145**
**Lehigh Valley, PA 18002**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number   **9040**

---

| 2.9 | **Yolo County Tax Collector** | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **For Notice Purpose Only.**

**625 Court Street, Room102**
**Woodland, CA 95776**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **7/1/2018 - 6/30/2019**

Last 4 digits of account number   **9000**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$1,054,544.38**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$1,054,544.38**

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name, Number, Street, City, State & Zip Code

**Bank of Hope**
**Mortgage Banking Division- Newport Beach**
**24 Corporate Plaza, Ste. 180**
**Newport Beach, CA 92660**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number   **1396**

---

Debtor 1  **Christopher Bradley Hay**                                  Case number (if known)  **2019-25191**
        First Name           Middle Name          Last Name

☐ Name, Number, Street, City, State & Zip Code
**First Northern Bank of Dixon**
**Woodland Branch**
**11 W. Court Street, Ste. A**
**Woodland, CA 95695**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number  **5424**

---

☐ Name, Number, Street, City, State & Zip Code
**U.S. Department of Agriculture**
**Farm Service Agency**
**Attn: Farm Loan Programs**
**430 G Street, #4161**
**Davis, CA 95616-4161**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number  **4097**

---

☐ Name, Number, Street, City, State & Zip Code
**U.S. Department of Agriculture**
**Farm Service Agency**
**Attn: Farm Loan Programs**
**430 G Street, #4161**
**Davis, CA 95616-4161**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number  **4097**

---

☐ Name, Number, Street, City, State & Zip Code
**U.S. Department of Agriculture**
**Farm Service Agency**
**Attn: Farm Loan Programs**
**430 G Street, #4161**
**Davis, CA 95616-4161**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number  **4097**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 __Christopher Bradley Hay__
        First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse if, filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

Case number __2019-25191__
(if known)

☐ Check if this is an amended filing

# Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **California Department of Tax and Fee Administration** | | | | |

| | |
|---|---|
| **California Department of Tax and Fee Administration**<br>Priority Creditor's Name<br>**Special Operations Bankr. Team**<br>**MIC: 74**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0074**<br>Number Street City State Zip Code | Last 4 digits of account number _____    **Unknown**    **$0.00**    **$0.00**<br><br>When was the debt incurred? _____ |

**Total claim:** Unknown    **Priority amount:** $0.00    **Nonpriority amount:** $0.00

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For Notice Purpose Only.**

Debtor 1    **Christopher Bradley Hay**        Case number (if known)    **2019-25191**

---

| 2.2 | **Franchise Tax Board** | Last 4 digits of account number | | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Bankruptcy Section, MS A-340**
**P.O. Box 2952**
**Sacramento, CA 95812**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Notice Purpose Only.**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

When was the debt incurred?    **2016-2019**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Notice Purpose Only.**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1    **Christopher Bradley Hay**          Case number (if known)    **2019-25191**

---

**4.1** | **Agricultural Institute of Marin** | Last 4 digits of account number _____ | **$1,010.00**

Nonpriority Creditor's Name
**400 Smith Ranch Road, Suite D**
**San Rafael, CA 94903**          When was the debt incurred?    **6/13/2019**
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
☒ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ☒ Other. Specify    **Trade Debt**

---

**4.2** | **Agriform** | Last 4 digits of account number _____ | **$40.98**

Nonpriority Creditor's Name
**201 East Street**
**Woodland, CA 95776**            When was the debt incurred?    **7/31/2018**
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
☒ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ☒ Other. Specify    **Trade Debt**

---

**4.3** | **Agriform - Retail** | Last 4 digits of account number _____ | **$4.18**

Nonpriority Creditor's Name
**201 East Street**
**Woodland, CA 95776**            When was the debt incurred?    **4/30/2018**
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
☒ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ☒ Other. Specify    **Trade Debt**

---

Debtor 1    **Christopher Bradley Hay**      Case number *(if known)*    **2019-25191**

---

| 4.4 | **Brian Bilek** | | Last 4 digits of account number _____ | **$144.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6895 Exeter Drive**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Employee Wages; Outstanding Check**

---

| 4.5 | **Capay Valley Farm Shop** | | Last 4 digits of account number _____ | **$2,017.35** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 581**
**Esparto, CA 95627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Debt**

---

| 4.6 | **CCOF, Inc. - Certification Services, LLC** | | Last 4 digits of account number _____ | **$565.85** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2155 Delaware Avenue**
**Suite 150**
**Santa Cruz, CA 95060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **5/31/2018-5/31/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Debt**

---

Debtor 1    **Christopher Bradley Hay**        Case number (if known)    **2019-25191**

---

| 4.7 | **Chase** | Last 4 digits of account number   **0696** | **$1,449.97** |

Nonpriority Creditor's Name

**P.O. Box 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

**When was the debt incurred?**   **05/2006 - 7/27/2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify   **Revolving, Credit Card**
**Farm Debt**
**Christopher Hay**

---

| 4.8 | **Chase Ink** | Last 4 digits of account number   **8754** | **$19,758.70** |

Nonpriority Creditor's Name

**P.O. Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State Zip Code

**When was the debt incurred?**   **11/21/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify   **Chase Ultimate Rewards Credit Card**
**Christopher B. Hay, Say Hay Farms**

---

| 4.9 | **Durham Pump** | Last 4 digits of account number | **$13,982.12** |

Nonpriority Creditor's Name

**202 Kentucky Avenue**
**Woodland, CA 95695**

Number Street City State Zip Code

**When was the debt incurred?**   **July 2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify   **Agricultural Well Services**

---

Debtor 1   **Christopher Bradley Hay**                            Case number (if known)    **2019-25191**

---

| | | | | |
|---|---|---|---|---|
| **4.1 0** | **Eco-Nutrients LLC** | Last 4 digits of account number | **8087** | **$825.00** |

Nonpriority Creditor's Name

**P.O. Box 2026**
**Crescent City, CA 95531**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?     **9/20/2018**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Debt**
**Fertilizer ($675.00); Outstanding Check ($150.00)**

---

| | | | | |
|---|---|---|---|---|
| **4.1 1** | **Ellen Drewes** | Last 4 digits of account number | | **$88.00** |

Nonpriority Creditor's Name

**561 Baker #1**
**San Francisco, CA 94117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Employee Wages; Outstanding Check**

---

| | | | | |
|---|---|---|---|---|
| **4.1 2** | **Erin Davi** | Last 4 digits of account number | | **$81.00** |

Nonpriority Creditor's Name

**549 Silver Drive**
**Vacaville, CA 95687**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Employee Wages; Outstanding Check**

---

Debtor 1   **Christopher Bradley Hay**

Case number (if known)   **2019-25191**

---

**4.1 3**

**Headstart Nursery**

Nonpriority Creditor's Name

**4860 Monterey Road**
**Gilroy, CA 95020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **0815**     **$18,828.05**

When was the debt incurred?   **3/31/18 - 8/31/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Trade Debt Transplants**

---

**4.1 4**

**Heather Cunningham**

Nonpriority Creditor's Name

**950 37th Street**
**Richmond, CA 94805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number     **$92.04**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Employee Wages; Outstanding Check**

---

**4.1 5**

**Hilleby International**

Nonpriority Creditor's Name

**38964 Kentucky Avenue**
**Woodland, CA 95695**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number     **$15,156.38**

When was the debt incurred?   **2014 - Current**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Trade Debt Various Tractor Parts and Tools**

---

Debtor 1　**Christopher Bradley Hay**　　　　Case number (if known)　**2019-25191**

---

**4.16**

**ICW Group**
Nonpriority Creditor's Name
**P.O. Box 509039**
**San Diego, CA 92150-9039**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number　**2701**　　　$1,349.12

When was the debt incurred?　**7/29/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Insurance Installment (period of 7/23/2019-8/22/2019)**

---

**4.17**

**ICW Group**
Nonpriority Creditor's Name
**P.O. Box 509039**
**San Diego, CA 92150-9039**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number　**2700**　　　$5,017.00

When was the debt incurred?　**4/23/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Insurance Premiums and Premium Audits (Workers' Compensation)**

---

**4.18**

**J&J Truck Repair**
Nonpriority Creditor's Name
**1540 Case Place**
**Woodland, CA 95776**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number　**1050**　　　$1,057.45

When was the debt incurred?　**9/2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Trade Debt Box Truck Services**

---

Debtor 1  **Christopher Bradley Hay**      Case number (if known)  **2019-25191**

---

**4.19**

**Jack Cady**
Nonpriority Creditor's Name
**2503 Oakenshield Road**
**Davis, CA 95616**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____       **$496.99**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Employee Wages; Outstanding Check**

---

**4.20**

**Johnny's Selected Seeds**
Nonpriority Creditor's Name
**955 Benton Avenue**
**Winslow, ME 04901**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **7016**     **$9,505.06**

When was the debt incurred?  **6/30/2017 - 4/30/2018**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Trade Debt**
               **Seeds and Supplies**

---

**4.21**

**Jon Robbins and Pat Meade**
Nonpriority Creditor's Name
**19182 County Road 87B**
**Esparto, CA 95627**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$6,000.00**

When was the debt incurred?  **6/1/2018 - Current**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Rent re Parcel Nos. 050-010-020 and 050-010-015; $400/month for barn and offices.**

---

Debtor 1    Christopher Bradley Hay                                    Case number (if known)    2019-25191

| 4.2 2 | **Michelle Gilkey** | Last 4 digits of account number | | | **$4.00** |

Nonpriority Creditor's Name

**616 U Street**
**Sacramento, CA 95818**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Employee Wages; Outstanding Check**

---

| 4.2 3 | **Mika Shibuya** | Last 4 digits of account number | | | **$2,355.82** |

Nonpriority Creditor's Name

**41 Kaye Road**
**Millerton, NY 12546**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Employee Wages; Outstanding Check**

---

| 4.2 4 | **Modesto Milling Organic Feed** | Last 4 digits of account number | **HAYCHRIS** | | **$26,520.88** |

Nonpriority Creditor's Name

**P.O. Box A 142**
**Empire, CA 95319**

When was the debt incurred?    **11/16/2018 - 2/5/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Trade Debt**
**Feed**

---

Debtor 1   **Christopher Bradley Hay**                          Case number (if known)   **2019-25191**

---

| 4.2 5 | **Oakland Packaging & Supply** | Last 4 digits of account number | **3474** | **$2,475.27** |

Nonpriority Creditor's Name
**aka Cogent Solutions & Supplies**
**3200 Regatta Blvd., Ste. F**
**Richmond, CA 94804**
Number Street City State Zip Code

When was the debt incurred?   **10/8/2018 - 2/1/2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Trade Debt**
                              **Packing Supplies**

---

| 4.2 6 | **PG&E** | Last 4 digits of account number | **4157** | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 997300**
**Sacramento, CA 95889**
Number Street City State Zip Code

When was the debt incurred?   **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Name on Account: Jonathan Robbins**
                              **[Landlord]**
                              **For Notice Purpose Only.**

---

| 4.2 7 | **Rachel Wein** | Last 4 digits of account number | | **$55.00** |

Nonpriority Creditor's Name
**1525 Parker Street**
**Berkeley, CA 94703**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Employee Wages; Outstanding Check**

---

Debtor 1   **Christopher Bradley Hay**      Case number (if known)   **2019-25191**

---

**4.2 8**

**Sarah Ann B. Hay**
Nonpriority Creditor's Name
**19182 Country Road 87B**
**Esparto, CA 95627**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____      **$25,000.00**

When was the debt incurred?   **11/10/2010**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business startup loan. Promissory Note (Principal $25,000.00, interest yearly rate of 3.75%).**

---

**4.2 9**

**Sarah Ann B. Hay**
Nonpriority Creditor's Name
**19182 Country Road 87B**
**Esparto, CA 95627**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____      **$199,676.20**

When was the debt incurred?   **6/2/2019**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **Advances for Say Hay Farms to be Reimbursed by Debtor**

---

**4.3 0**

**Sarah DeNichola**
Nonpriority Creditor's Name
**3822 Bloomfield Road**
**Sebastopol, CA 95472**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____      **$191.84**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Employee Wages; Outstanding Check**

---

Debtor 1   **Christopher Bradley Hay**

Case number (if known)   **2019-25191**

---

**4.3 1**

**U.S. Dept. of Agriculture**
Nonpriority Creditor's Name
**Natural Resources Conservation Service**
**430 G Street, Suite 4164**
**Davis, CA 95616**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number   **53V0**      **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Breach of Conservation Program Contract**

---

**4.3 2**

**United Site Services**
Nonpriority Creditor's Name
**P.O. 53267**
**Phoenix, AZ 85072**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number      **$994.88**

When was the debt incurred?   **6/28/2018 - 1/10/2019**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Trade Debt Portable Toilet Services**

---

**4.3 3**

**USAA Auto and Property Insurance**
Nonpriority Creditor's Name
**10750 McDermott Fwy**
**San Antonio, TX 78288**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number   **0770**      **$702.65**

When was the debt incurred?   **7/1/2019**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Auto Policy - Ram Chrysler Christopher B. Hay**

---

Debtor 1  **Christopher Bradley Hay**          Case number (if known)    **2019-25191**

| 4.3 4 | **USAA Credit Card Services** | Last 4 digits of account number | **5560** | **$13,366.73** |

Nonpriority Creditor's Name
**10750 McDermott Fwy**
**San Antonio, TX 78288**
Number Street City State Zip Code

**When was the debt incurred?**    **4/2005 - 7/2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No

☐ Yes

☑ Other. Specify    **Revolving, Credit Card**
**Christopher B. Hay**

---

| 4.3 5 | **Valley Truck & Tractor** | Last 4 digits of account number | | **$7.56** |

Nonpriority Creditor's Name
**1549 Colusa Highway**
**Yuba City, CA 95993**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No

☐ Yes

☑ Other. Specify    **Trade Debt**

---

| 4.3 6 | **Wells Fargo Card Services** | Last 4 digits of account number | **5928** | **$6,865.37** |

Nonpriority Creditor's Name
**P.O. Box 51193**
**Los Angeles, CA 90051-5493**
Number Street City State Zip Code

**When was the debt incurred?**    **2/2002 - 5/3/2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No

☐ Yes

☑ Other. Specify    **Visa Revolving, Credit Card**
**Christopher B. Hay**

---

Debtor 1  **Christopher Bradley Hay**                    Case number (if known)    **2019-25191**

---

| 4.3 7 | **Westside Spreading LLC** | Last 4 digits of account number | **2798** | **$21,742.24** |

Nonpriority Creditor's Name

**P.O. Box 42**
**Colusa, CA 95932**

Number Street City State Zip Code

**When was the debt incurred?**    **10/13/16 - 4/1/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade Debt**
**Compost and Fertilizer/ Trucking**

---

| 4.3 8 | **Willard Caldwell Hay & Lyn Anne Hay** | Last 4 digits of account number | | **$62,000.00** |

Nonpriority Creditor's Name

**663 Second Street**
**Sonoma, CA 95476**

Number Street City State Zip Code

**When was the debt incurred?**    **10/4/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal Loan (down payment loan for home purchase). Promissory Note, principal $84,000, 4% interest per annum.**

---

| 4.3 9 | **Willard Caldwell Hay & Lyn Anne Hay** | Last 4 digits of account number | | **$14,000.00** |

Nonpriority Creditor's Name

**663 Second Street**
**Sonoma, CA 95476**

Number Street City State Zip Code

**When was the debt incurred?**    **2/1/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Say Hay Farms Business Loan. Promissory Note, principal $55,000, 4% interest per annum.**

---

Debtor 1   **Christopher Bradley Hay**

Case number (if known)   **2019-25191**

---

**4.40**

**Zenith Insurance Company**
Nonpriority Creditor's Name
**21255 Califa St.**
**Woodland Hills, CA 91367-5021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **4703**     **$3,356.20**

**When was the debt incurred?**   **8/13/2019**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Payment re Workers' Compensation Policy Premium; Workers' Compensation Policy Audits**

---

**4.41**

**Zenith Insurance Company**
Nonpriority Creditor's Name
**Agribusiness Solutions**
**21255 Califa Street**
**Woodland Hills, CA 91367**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **4703**     **$4,313.40**

**When was the debt incurred?**   **6/14/2019**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Farm Liability Insurance**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Johnny's Selected Seed**
**c/o Altus GTS Inc.**
**Attn: Jennifer Alexander**
**2400 Veterans Memorial Blvd., Ste. 300**
**Kenner, LA 70062**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **5164**

---

Name and Address
**U.S. Dept. of Agriculture**
**Natural Resources Conservation Service**
**221 W. Court Street, Suite 1**
**Woodland, CA 95695**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Zenith Insurance Company**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims

---

| Debtor 1 | **Christopher Bradley Hay** | Case number (if known) | **2019-25191** |

P.O. Box 742575
Los Angeles, CA 90074-2575

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

<table>
<tr><td rowspan="5">Total claims from Part 1</td><td></td><td></td><td></td><td colspan="2">Total Claim</td></tr>
<tr><td>6a.</td><td>**Domestic support obligations**</td><td>6a.</td><td>$</td><td>0.00</td></tr>
<tr><td>6b.</td><td>**Taxes and certain other debts you owe the government**</td><td>6b.</td><td>$</td><td>0.00</td></tr>
<tr><td>6c.</td><td>**Claims for death or personal injury while you were intoxicated**</td><td>6c.</td><td>$</td><td>0.00</td></tr>
<tr><td>6d.</td><td>**Other.** Add all other priority unsecured claims. Write that amount here.</td><td>6d.</td><td>$</td><td>0.00</td></tr>
<tr><td></td><td>6e.</td><td>**Total Priority.** Add lines 6a through 6d.</td><td>6e.</td><td>$</td><td>0.00</td></tr>
<tr><td rowspan="5">Total claims from Part 2</td><td></td><td></td><td></td><td colspan="2">Total Claim</td></tr>
<tr><td>6f.</td><td>**Student loans**</td><td>6f.</td><td>$</td><td>0.00</td></tr>
<tr><td>6g.</td><td>**Obligations arising out of a separation agreement or divorce that you did not report as priority claims**</td><td>6g.</td><td>$</td><td>0.00</td></tr>
<tr><td>6h.</td><td>**Debts to pension or profit-sharing plans, and other similar debts**</td><td>6h.</td><td>$</td><td>0.00</td></tr>
<tr><td>6i.</td><td>**Other.** Add all other nonpriority unsecured claims. Write that amount here.</td><td>6i.</td><td>$</td><td>481,097.28</td></tr>
<tr><td></td><td>6j.</td><td>**Total Nonpriority.** Add lines 6f through 6i.</td><td>6j.</td><td>$</td><td>481,097.28</td></tr>
</table>

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher Bradley Hay** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number (if known) | **2019-25191** |

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Citizens One Financing**<br>**c/o Citizens Bank**<br>**One Citizens Plaza**<br>**Providence, RI 02903** | **2 Year customer agreement for iPhone Purchase commencing January, 2018; $56.16 monthly payment, $280.96 outstanding.** |
| 2.2   **Jon Robbins and Pat Meade**<br>**19182 County Road 87B**<br>**Esparto, CA 95627** | **Farm and Residential Lease Agreement ("Agreement"), dated January 1, 2015, between Pat Meade and Jon Robbins ("Landlord"), individuals, and Christopher Hay ("Tenant"), for the property located in Yolo County, California comprising approximately 36 acres, and a 3 bedroom/2 bathroom house (Parcel Nos. 050-010-020 and 050-010-015); $700.00 per month until June 1, 2016, $1,800.00 beginning January 1, 2017, and $3,000.00 annually beginning January 1, 2018.** |
| 2.3   **Ramon Cadena and Ramon Cadena, Jr.**<br>**17570 County Road 86**<br>**Esparto, CA 95627** | **First Amendment to Lease entered into June 12, 2018, between Ramon Cadena and Ramon Cadena, Jr. ("Landlord"), an individual and Christopher Hay ("Tenant") for the property located at 17570 County Road 86 Esparto, CA 95627; $3,375 for use of the Property annually for 34 years, starting January 1, 2015 and ending December 31, 2049. Consent to Assign and Encumber Leasehold entered into with the FSA on or about July 19, 2018.** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher Bradley Hay** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number (if known) | **2019-25191** |

☐ Check if this is an
  amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

  ☐ No
  ■ Yes.

  In which community state or territory did you live?    <u>California</u>    . Fill in the name and current address of that person.

  **Jana Dulava Hay**
  **2330 Temple Drive**
  **Davis, CA 95618-1427**
  Name of your spouse, former spouse, or legal equivalent
  Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1  **Jana Dulava Hay** **2330 Temple Drive** **Davis, CA 95618-1427** | ☐ Schedule D, line _____ ■ Schedule E/F, line  **4.38** ☐ Schedule G _____ **Willard Caldwell Hay & Lyn Anne Hay** |
| 3.2  **Jana Dulava Hay** **2330 Temple Drive** **Davis, CA 95618-1427** | ■ Schedule D, line  **2.3** ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Capital One Auto Finance** |

| Debtor 1 | **Christopher Bradley Hay** | Case number *(if known)* | **2019-25191** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.3  **Jana Dulava Hay**
**2330 Temple Drive**
**Davis, CA 95618-1427**

■ Schedule D, line ___**2.2**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of Hope**

3.4  **Jana Dulava Hay**
**2330 Temple Drive**
**Davis, CA 95618-1427**

■ Schedule D, line ___**2.9**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Yolo County Tax Collector**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Christopher Bradley Hay</strong></td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA,<br>SACRAMENTO DIVISION</td></tr>
<tr><td>Case number<br>(If known)</td><td><strong>2019-25191</strong></td></tr>
</table>

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status* | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Farmer | Family Physician |
| Employer's name | Say Hay Farms | Sutter Medical Group, a CA corp. |
| Employer's address | 19182 Country Road 87B<br>Esparto, CA 95627 | 2800 L Street, 7th Floor<br>Sacramento, CA 95816 |
| How long employed there? | 8 Years, 7 Months | |

*See Attachment for Additional Employment Information

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $ 6,354.40 | $ 9,544.92 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 6,354.40 | $ 9,544.92 |

| Debtor 1 | **Christopher Bradley Hay** | | Case number (*if known*) | **2019-25191** |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $ **6,354.40** | $ **9,544.92** |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **330.44** | $ **3,225.09** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **530.73** | $ **0.00** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **0.00** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **0.00** |
| 5e. | Insurance | 5e. | $ **190.91** | $ **856.77** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **0.00** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **0.00** |
| 5h. | Other deductions. Specify: **DEPCARE FSA** | 5h.+ | $ **601.86** + | $ **0.00** |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,653.94** | $ **4,081.86** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **4,700.46** | $ **5,463.06** |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **-5,992.21** | $ **0.00** |
| 8b. | Interest and dividends | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | Unemployment compensation | 8d. | $ **0.00** | $ **0.00** |
| 8e. | Social Security | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | Pension or retirement income | 8g. | $ **0.00** | $ **0.00** |
| 8h. | Other monthly income. Specify: | 8h.+ | $ **0.00** + | $ **0.00** |

| | | | | | |
|---|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **-5,992.21** | $ **0.00** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **-1,291.75** | + | $ **5,463.06** | = | $ **4,171.31** |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                    11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                    12. $ **4,171.31**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:  **Wife's income can vary with performace bonus.**

Debtor 1   **Christopher Bradley Hay**                                          Case number (*if known*)   **2019-25191**

## Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Firefighter** | |
| Name of Employer | **UC Davis Fire Department** | |
| How long employed | **7 Months** | |
| Address of Employer | **One Shields Avenue** **Davis, CA 95616** | |

# EXHIBIT 3
# to Schedule I

# Say Hay Farms

PROFIT AND LOSS

January 1 - August 21, 2019

|  | TOTAL |
|---|---|
| Income | |
| CSA | 2,271.50 |
| Eggs | 88,834.25 |
| Farmers Market Sales | 2,342.18 |
| Interest income | 1.53 |
| Produce | 14,250.21 |
| Sales of Product Income | 1,765.13 |
| Unapplied Cash Payment Income | 218.65 |
| Uncategorized Income | 2,245.62 |
| **Total Income** | **$111,929.07** |
| GROSS PROFIT | **$111,929.07** |
| Expenses | |
| Advertising and Promotion | 216.00 |
| Animal Bedding & Cleaning Suppl | 52.10 |
| Bank Service Charges | 167.79 |
| Car and Truck Expenses | 110.00 |
| Isuzu | 22.00 |
| RAM | 534.00 |
| **Total Car and Truck Expenses** | **666.00** |
| CHICKENS | |
| BEDDING | 895.67 |
| CARTONS | 2,149.45 |
| FEED | 13,601.22 |
| SUPPLIES/REPAIRS | 566.68 |
| **Total CHICKENS** | **17,213.02** |
| Computer and Internet Expenses | 1,488.09 |
| CROPS | |
| SEEDS AND PLANTS | 364.00 |
| TRACTOR FUEL | 493.63 |
| **Total CROPS** | **857.63** |
| CSA Expenses | 159.50 |
| CSA/WHOLESALE | |
| BRIDGE TOLLS | 480.00 |
| DELIVERY FUEL | 126.62 |
| **Total CSA/WHOLESALE** | **606.62** |
| Custom Hire and Contract Labor | 4,710.00 |
| Dues and Memberships | 402.10 |
| Fertilizers and Compost | 1,000.00 |
| Gasoline, Fuel and Oil | 158.40 |
| Farm Fuel | 479.02 |
| Isuzu | 78.53 |
| Market/Delivery | 404.22 |
| RAM | 170.60 |

| | TOTAL |
|---|---|
| **Total Gasoline, Fuel and Oil** | **1,290.77** |
| Insurance Expense | -1,192.35 |
|   Business Liability | 2,858.78 |
|   Workers' Comp | 589.19 |
| **Total Insurance Expense** | **2,255.62** |
| Interest Expense | 3,397.36 |
|   CREDIT CARD INTEREST | 4,256.90 |
| **Total Interest Expense** | **7,654.26** |
| Land Lease | 3,187.50 |
| MARKETS | |
|   AIM CIVIC CENTER - Stall Fee | 707.00 |
|   AIM STALL FEE - GRAND LAKE | 1,007.00 |
| **Total MARKETS** | **1,714.00** |
| Meeting Expense | 28.78 |
| Miscellaneous Expense | 3,960.50 |
| Office Supplies | 302.72 |
| ORCHARD | 3,910.00 |
|   IRRIGATION | 560.68 |
| **Total ORCHARD** | **4,470.68** |
| Packaging | 194.98 |
| Payroll Expenses | |
|   Taxes | 5,245.32 |
|   Wages | 52,513.92 |
| **Total Payroll Expenses** | **57,759.24** |
| Professional Fees | 30,940.95 |
| Reimbursements | 3,759.09 |
| Repairs and Maintenance | 448.03 |
| Small Tools and Equipment | 1,994.53 |
| Unapplied Cash Bill Payment Expense | 0.00 |
| Uncategorized Expense | 898.22 |
| Utilities | 8,271.95 |
|   Toilets | 200.00 |
| **Total Utilities** | **8,471.95** |
| **Total Expenses** | **$156,870.67** |
| **NET OPERATING INCOME** | **$ -44,941.60** |
| NET INCOME | **$ -44,941.60** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Christopher Bradley Hay** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number (If known) | **2019-25191** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **5 Months** | ☐ No  ■ Yes |
| **Daughter** | **3 Years** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 2,138.57 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 453.33 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 53.16 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 200.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **Christopher Bradley Hay** | Case number (if known) | **2019-25191** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **250.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **200.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **240.00** |
| | 6d. | Other. Specify: **Internet, Cable** | 6d. $ | **98.00** |
| | | **Cloud Services (Backups, Security)** | $ | **25.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **1,835.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **1,566.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **600.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **20.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **500.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **35.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **15.00** |
| | 15b. | Health insurance | 15b. $ | **200.00** |
| | 15c. | Vehicle insurance | 15c. $ | **175.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **684.49** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **340.23** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Veterinary Expenses, Medicine** | | 21. +$ | **20.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **9,698.78** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **9,698.78** |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **4,171.31** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **9,698.78** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-5,527.47** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.
| Explain here: **Budget figures include expenses for non-filing spouse and depedents. Wife's Student Loans paymetns start March 2020, estimated monthly payment of $1,438 per month.** |
|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher Bradley Hay** |
| | First Name　　　Middle Name　　　Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name　　　Middle Name　　　Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number (if known) | **2019-25191** |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Christopher Bradley Hay**　　　　　　　X _____
**Christopher Bradley Hay**　　　　　　　　　　Signature of Debtor 2
Signature of Debtor 1

Date **August 21, 2019**　　　　　　　　　　　Date _____

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher Bradley Hay** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number (if known) | **2019-25191** |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

    ■ Married
    ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $33,727.20 | ■ Wages, commissions, bonuses, tips | $66,814.42 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Christopher Bradley Hay** | Case number *(if known)* | **2019-25191** |
|---|---|---|---|

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| | ☐ Wages, commissions, bonuses, tips | $111,929.07 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | ☐ Wages, commissions, bonuses, tips | $651,342.00 | ■ Wages, commissions, bonuses, tips | $90,930.00 |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | ☐ Wages, commissions, bonuses, tips | $564,465.00 | ■ Wages, commissions, bonuses, tips | $126,456.00 |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Workers' Compensation Insurance Dividend (2/5/2019) (Say Hay Farms)** | $1,442.35 | | |

---

**Part 3:**    List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No.    Go to line 7.
   ■ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
      * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1   **Christopher Bradley Hay**          Case number *(if known)*   **2019-25191**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Bank of America, N.A.**<br>**100 North Tryon St.**<br>**Charlotte, NC 28202** | **6/3/2019**<br>**($5,942.71);**<br>**6/25/2019**<br>**($2,119.53);**<br>**7/26/2019**<br>**($3,284.87);** | **$11,347.11** | **$1,201.06** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Bank of Hope**<br>**3200 Wilshire Boulevard, Suite 1400**<br>**Los Angeles, CA 90010** | **5/15/2019**<br>**($2,801.40);**<br>**6/15/2019**<br>**(2,801.40);**<br>**7/15/2019**<br>**($2,801.40)** | **$8,404.20** | **$454,150.55** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **West Auctions, Inc.**<br>**P.O. Box 278**<br>**Woodland, CA 95776** | **8/12/2019** | **$10,400.52** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Auctioneer's Fee for 7/23/2019-7/25/2019 Auction** |
| **USDA - Farm Service Agency**<br>**7585 S. Longe Street, Suite 100**<br>**Stockton, CA 95206** | **8/12/2019** | **$83,241.77** | **$447,608.99** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Remaining Proceeds of 7/23/2019-7/25/2019 Auction** |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐   No
■   Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Sarah Ann B. Hay**<br>**19182 Country Road 87B**<br>**Esparto, CA 95627** | **8/18/2018** | **$16,446.27** | **$224,676.20** | **Reimbursement for feed bills paid to Modesto Milling; reimbursement for business bills paid; shavings and diatamaceous earth.** |

| Debtor 1 | **Christopher Bradley Hay** | Case number *(if known)* | **2019-25191** |
|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

■ No
☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person  Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Debtor 1 | **Christopher Bradley Hay** | | Case number *(if known)* | **2019-25191** |

| Gifts or contributions to charities that total more than $600<br>**Charity's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Yolo County Food Bank**<br>**233 Harter Avenue**<br>**Woodland, CA 95776** | **Gifts and Donations of Eggs and Vegetables** | **2/14/2018;**<br>**3/14/2018;**<br>**3/21/2018;**<br>**4/14/2018;**<br>**4/25/2018;**<br>**5/16/2018;**<br>**7/5/2018;**<br>**8/8/2018;**<br>**9/6/2018;**<br>**10/17/2018;**<br>**10/29/2018;**<br>**11/6/2018;**<br>**11/26/2018;**<br>**12/12/2018** | **$16,391.00** |
| **Ashby Health Center**<br>**3075 Adeline St., Suite 280**<br>**Berkeley, CA 94703** | **30 Melons ($5/each)** | **7/26/2018** | **$150.00** |

---

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>**Address**<br>**Email or website address**<br>**Person Who Made the Payment, if Not You** | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Macdonald Fernandez LLP**<br>**221 Sansome Street, Third Floor**<br>**San Francisco, CA 94104-2323**<br>**www.macfern.com** | | **11/30/2018**<br>**($2,500.00);**<br>**3/27/2019**<br>**($2,500.00);**<br>**5/13/2019**<br>**($22,165.00)** | **$27,165.00** |

---

Debtor 1   **Christopher Bradley Hay**       Case number *(if known)*   **2019-25191**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Various Buyers at Auction c/o West Auctions PO Box 278 Woodland, CA 95776**<br><br>**None** | **Machinery and Equipment of Say Hay Farms liquidated at auction July 23-25, 2019. Copies of Itemized Auction Report are attached hereto as Exhibit "4".** | **Total received: $106,802.11 Total Distiributed: --West Auctions, $11,443.02 --Sheffiled Financial, $5,583.39 --John Deere Financial, $3.737.20 --Cal. Dept. of Tax & Fee Admin., $2,796.91 --Farm Service Agency, $83,241.77** | **August 12, 2019** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1   **Christopher Bradley Hay**     Case number *(if known)*   **2019-25191**

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Leased Property [Meade/Robbins Lease]**<br>**19182 County Road 87B**<br>**Esparto, CA 95627** | **Pat Meade & Jon Robbins**<br>**19182 County Road 87B**<br>**Esparto, CA 95627** | **Miscellaneous Equipment, Supplies and Property of Say Hay Farms** | ☐ No<br>■ Yes |
| **Leased Property [Cadena Lease]**<br>**17570 County Road 86**<br>**Esparto, CA 95627** | **Ramon Cadena, Jr.**<br>**17570 County Road 86**<br>**Esparto, CA 95627** | **Miscellaneous Equipment, Supplies and Property of Say Hay Farms** | ☐ No<br>■ Yes |

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Jim Q.**<br>**27500 County Road 25**<br>**Esparto, CA 95627** | **Esparto, CA 95627** | **(1) Ripper and (2) Harrow located on the Meade/Robbins property that belong to the neighbor, Jim Q. two properties over.** | **Unknown** |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1   **Christopher Bradley Hay**                    Case number *(if known)*  **2019-25191**

**25.  Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

☑ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Say Hay Farms**<br>**19182 County Road 87B**<br>**Esparto, CA 95627** | **Farming**<br><br>**Marcus E. Ullrich, CPA** | EIN:  **27-3799573**<br><br>From-To   **September 2010 to Current** |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
☑ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Farm Service Agency**<br>**7585 S. Longe Street, Suite 100**<br>**Stockton, CA 95206** | **May 2018** |

| Debtor 1 | **Christopher Bradley Hay** | Case number *(if known)* | **2019-25191** |
|---|---|---|---|

---

**Part 12:**   Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **/s/ Christopher Bradley Hay** | |
|---|---|
| **Christopher Bradley Hay** | **Signature of Debtor 2** |
| **Signature of Debtor 1** | |

| Date   **August 21, 2019** | Date |
|---|---|

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐ No
■ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# EXHIBIT 4 to Statement of Financial Affairs



westauction.com

# AUCTION SETTLEMENT

RE:                 John Deere Tractors, Trucks, and Farm Equipment from Say Hay Organic Farm
                               19182 County Road 87B, Esparto, CA 95627

DATE:            August 12, 2019

SELLER:         Say Hay Farms with proceeds assigned to USDA - Farm Service Agency

SALE DATES:    July 23-25, 2019

SALE LOCATION:   Online at WestAuction.com

---

**PROCEEDS OF SALE:**

| | |
|---|---:|
| Property Sold as Listed on Itemized Report | 104,005.20 |
| Sales tax collected | 2,796.91 |
| **TOTAL PROCEEDS:** | **$106,802.11** |

**DEDUCTIONS:**

| | | |
|---|---|---:|
| Auctioneer's Fee | 10% of   $104,005.20 | 10,400.52 |
| Reimbursed Expenses  - See Attached Report | | 1,042.50 |
| Payoff to Sheffield Financial for Lot 102; Big Tex Trailer | | 5,583.39 |
| Payoff to John Deere Financial for Lot 100; John Deere Tractor | | 3,737.02 |
| Sales tax sent to CA Dept. of Tax | | 2,796.91 |
| **TOTAL DEDUCTIONS:** | | **$23,560.34** |

| | |
|---|---:|
| **NET PROCEEDS:** | **$83,241.77** |

Case 19-25191

# Reimbursed Expense Report

| Date | Source | Description | Amount |
|------|--------|-------------|--------|
| 04/20/2019 | Inspection | Walk-Through Inspection | No Charge |
| 06/20/2019 | Auction Setup | (3) Laborers, 27 hrs @$30/hr+OT | 855.00 |
| 06/21/2019 | Auction Setup | (2) Laborers, 15 hrs @$30/hr | 450.00 |
| 07/22/2019 | Auction Preview | (1) Laborer, 6 hrs @$30/hr | 180.00 |
| 07/30/2019 | Auction Removal | (2) Laborers, 18 hrs @$30/hr+OT | 570.00 |
| 07/31/2019 | Auction Removal | (2 Laborers, 18 hrs @$30/hr+OT | 570.00 |
| 08/01/2019 | Auction Removal | (1) Laborer, 8.5 hrs @$30/hr+OT | 262.50 |

**Sub Total (92.5 hrs)**    **$2,887.50**

**Labor included with contract; 64 hrs @$30/hr:**    **-$1,920.00**

**Reimbursed Labor Expense (28.5 hrs @$30/hr:**    **$967.50**

**DMV Document Processing (3x$25)**    **$75.00**

**Total Expenses Reimbursed**    **$1,042.50**

West Auctions, Inc.
Say Hay Farms
July 23-25, 2019

| LOT | DESCRIPTION | PRICE | USERNAME |
|---|---|---|---|
| 100 | 2015 JOHN DEERE 5100 MH 4X4 TRACTOR | 23,600.00 | BUYSELL4U |
| 101 | JOHN DEERE 5075 E 4X4 TRACTOR | 14,600.00 | BUYSELL4U |
| 102 | 2017 BIG TEX 14LX 16' DUMP TRAILER | 7,100.00 | HLS |
| 103 | 2002 JOHN DEERE 4410 4X4 COMPACT TRACTOR WITH FRONT LOADER AND BACKHOE | 14,200.00 | THIARA4331 |
| 104 | CAT GP20 3,600LBS CAPACITY PROPANE FORKLIFT | 6,650.00 | GALAXYFARFARAWAY |
| 105 | CUSTOM BUILT CULTIVATING ELECTRIC TRACTOR | 560.00 | DAIMINHDUC |
| 105A | 8' UTILITY TRAILER (OFFROAD ONLY) | 786.00 | OLDFARTRUS |
| 106 | KAWASAKI KAF950A 2510 4X4 MULE SIDE BY SIDE | 3,000.00 | SJCRDRIG |
| 107 | 2004 ISUZU NPR HD 14' DIESEL BOX TRUCK (SOLD IN POST-AUCTION) | 610.00 | OHIODAVE |
| 109-0186 | JOHN DEERE MX5 PTO/3 POINT BRUSH MOWER | 911.00 | DAIMINHDUC |
| 109-0195 | 7' X 8' CHAIN DRIVE IMPLEMENT CARRIER | 405.00 | FARMERSMARKETSHOPPER |
| 109-0402 | INTERNATIONAL 13' SEEDER | 410.00 | FARMERSMARKETSHOPPER |
| 109-0404 | 2 ROW 8' DISC | 700.00 | SUNTRACKERFARM |
| 109-400 | SPENCER 20' TILT DECK FLATBED TRAILER | 3,021.00 | RBF2017 |
| 109A | JOHN DEERE 665 PTO-POWERED 6' MECHANICAL TILLER | 1,190.00 | STEVEKRAAK |
| 109C | RAIN-FLO 1600 SERIES II VEGETABLE TRANSPLANTER | 2,150.00 | BLUEOAKS |
| 110 | HOME-BUILT 32'X10.25' STEEL CONSTRUCTION TRAILER MOUNTED CHICKEN COOP | 290.00 | POISONPEDDLER |
| 110A | HOME-BUILT 25' FLATBED TRAILER WITH 25' AND 8' CONVEYOR BELT SYSTEM | 55.00 | RICHR |
| 111 | HOME-BUILT 32'X10.25' STEEL CONSTRUCTION TRAILER MOUNTED CHICKEN COOP | 160.00 | TOMATO |
| 112 | HOME-BUILT 32'X10.25' STEEL CONSTRUCTION TRAILER MOUNTED CHICKEN COOP | 535.00 | TOMATO |
| 113 | HOME-BUILT 24' X 10' WOOD CONSTRUCTION TRAILER MOUNTED CHICKEN COOP | Not Sold | Not Sold |
| 115 | HOME-BUILT 24' X 10' WOOD CONSTRUCTION TRAILER MOUNTED CHICKEN COOP | Not Sold | Not Sold |
| 116 | HOME-BUILT 50' X 12' WOOD CONSTRUCTION TRAILER MOUNTED CHICKEN COOP | Not Sold | Not Sold |
| 117 | (110+) 30' 3" ALUMINUM IRRIGATION PIPE WITH PIPE TRAILER AND SPRINKLER FITTINGS | 1,560.00 | SUNTRACKERFARM |
| 118 | HUSKY ELECTRIC CEMENT MIXER | 42.00 | NATIVE350 |
| 119 | 40"×2' DIAMETER AUGER ATTACHMENT | 160.00 | DOUBLEOONOTHING |
| 120 | 14"×16"×16" HYDRAULIC FLUID TANK AND RELATED COMPONENTS | 115.00 | KJONES95206 |
| 121 | (12+) 2.5"-4" IRRIGATION PIPE CONNECTORS | 105.00 | ALFARO |
| 122 | CRAFTSMAN 12" MOTORIZED PORTABLE TABLE SAW | 5.00 | OLDSARGE77 |
| 123 | (1) MARUYAMA AND (2) HONDA MOTORS WITH PUMPS | 85.00 | POISONPEDDLER |
| 124 | FARM IMPLEMENT ATTACHMENT | 5.00 | DANNYGEEZ |
| 125 | APPROX. 200-GALLON PLASTIC OPEN-TOP CHEMICAL TANK WITH FORKLIFTABLE METAL FRAME | 26.00 | SPREADWING |
| 126 | 225-GALLON PLASTIC CHEMICAL TANK AND HOSE | 105.00 | ADDICT |

West Auctions, Inc.                    Itemized Auction Report                    July 23-25, 2019
                                              Say Hay Farms

| LOT | DESCRIPTION | PRICE | USERNAME |
|---|---|---|---|
| 127 | 13' SPRAYER ATTACHMENT WITH HYPRO 3500C ROLLER PUMP | 25.00 | HERDEL |
| 128 | (2) 55-GALLON CHEMICAL TANKS AND (1) SET OF MOUNTING BRACKETS | 40.00 | WILLIS |
| 129 | 14.5' TRACTOR TOOL BAR ATTACHMENT WITH (2) 55-GALLON STORAGE TANKS | 50.00 | WILLIS |
| 130 | 3-POINT HITCH RECEIVER | 155.00 | ALFARO |
| 131 | (2) MECHANICAL EQUIPMENT ATTACHMENTS AND PLASTIC GEARS | 65.00 | COWBOYJOE |
| 132 | (7) 15" JOHN DEERE 71 LOW-PROFILE EQUIPMENT TIRES AND METAL COVERS | 5.00 | COWBOYJOE |
| 133 | (2) JOHN DEERE 71 MECHANICAL EQUIPMENT ATTACHMENTS AND PLASTIC GEARS | 105.00 | COWBOYJOE |
| 134 | (4) JOHN DEERE 71 TRACTOR TOOL BAR ATTACHMENT BRACKETS AND HARDWARE | 10.00 | WILLIS |
| 135 | PALLET OF (5) JOHN DEERE 71 FIRMING WHEELS | 5.00 | COWBOYJOE |
| 136 | WOODEN CRATE OF JOHN DEERE 71 SEED HOPPERS | 155.00 | COWBOYJOE |
| 137 | (3) JOHN DEERE 71 MECHANICAL EQUIPMENT ATTACHMENTS | 105.00 | COWBOYJOE |
| 139 | (6) 12"-HIGH CONCRETE FOOTINGS | 5.00 | ATHENA |
| 140 | (7) PLOW ATTACHMENTS AND HARDWARE | 125.00 | DAIMINHDUC |
| 141 | (1) 15' TRACTOR TOOL ATTACHMENT BAR | 80.00 | DOUBLEOONOTHING |
| 142 | (1) 15' TRACTOR TOOL ATTACHMENT BAR | 30.00 | DAIMINHDUC |
| 143 | (5) HOMEMADE TOOL BARS AND PLOW ATTACHMENTS | 40.00 | DAIMINHDUC |
| 144 | TRACTOR DRIVESHAFT AND PROTECTIVE COVER | 120.00 | ADDICT |
| 145 | (2) 12"×24" COMPACTOR/ROLLER ATTACHMENTS | 410.00 | WILLIS |
| 146 | (1) 30" TRACTOR TOOL BAR AND (10+) TOOL ATTACHMENT CLAMPS | 261.00 | DAIMINHDUC |
| 147 | PALLET: HYDRAULIC ARMS AND PLOW/CULTIVATOR COMPONENTS | 55.00 | DAIMINHDUC |
| 148 | PALLET: DISC HARROW COMPONENTS | 200.00 | SCOOTCHDOG |
| 149 | PALLET: PLOW/CULTIVATOR COMPONENTS | 36.00 | RBF2017 |
| 150 | (6) STANHAY MECHANICAL SEED DISPENSERS AND TOTE OF RELATED BELTS/PARTS | 45.00 | COWBOYJOE |
| 151 | PALLET: (3) STANHAY METERING ATTACHMENTS FOR SEED DISPERSION UNITS | 35.00 | COWBOYJOE |
| 152 | STANHAY 3 ROW SEEDER WITH 3 POINT HITCH | 140.00 | PABLITOTFF |
| 154 | 6' HEAVY DUTY 3-POINT ATTACHMENT WITH (2) PLOW TOOLS | 540.00 | SUNTRACKERFARM |
| 155 | 20" PLOW TOOL ATTACHMENT | 40.00 | RBF2017 |
| 156 | TORO DRIP TAPE INJECTOR | 760.00 | IAMBIC |
| 157 | FRONTIER 3 POINT 6' SCRAPER | 581.00 | DAIMINHDUC |
| 158 | 60" BED MULCHER | 260.00 | SCOOTCHDOG |
| 160 | M.T. MECHANICAL TRANSPLANTER AND SPARE PARTS | 530.00 | SUNTRACKERFARM |
| 162 | 17" CULTIVATOR BAR | 30.00 | NATIVE350 |
| 163 | 17" CULTIVATOR BAR | 20.00 | NATIVE350 |

West Auctions, Inc.　　　　　　　　　　　Itemized Auction Report　　　　　　　　　July 23-25, 2019

Say Hay Farms

| LOT | DESCRIPTION | PRICE | USERNAME |
|---|---|---|---|
| 164 | 14" CULTIVATOR BAR | 40.00 | JRYAN7 |
| 165 | 17" CULTIVATOR BAR | 25.00 | NATIVE350 |
| 166 | 14" CULTIVATOR BAR | 40.00 | JRYAN7 |
| 167 | 12" CULTIVATOR BAR | 15.00 | JRYAN7 |
| 168 | 12" CULTIVATOR BAR | 15.00 | JRYAN7 |
| 169 | 12" CULTIVATOR BAR | 15.00 | JRYAN7 |
| 170 | (2) CULTIVATOR ATTACHMENTS | 10.00 | MONKEYFARM |
| 171 | 17" CULTIVATOR BAR | 20.00 | NATIVE350 |
| 172 | 12" CULTIVATOR BAR | 20.00 | JRYAN7 |
| 173 | 17" CULTIVATOR BAR | 30.00 | NATIVE350 |
| 174 | 17" CULTIVATOR BAR | 40.00 | MONKEYFARM |
| 175 | 1' PLOW ATTACHMENT | 50.00 | DAIMINHDUC |
| 176 | COSMO 500 SEED SPREADER | 310.00 | TONYMEHROKE |
| 177 | PROO 3 ROW SEEDER | 55.00 | ALFARO |
| 179 | 6' TOOL BAR WITH 4' ROLLER | 685.00 | DEANFF |
| 180 | WASCO 3 POINT PLOW | 361.00 | IAMBIC |
| 181 | 4 ROW ROWER 15'/3 POINT HITCH | 495.00 | SCOOTCHDOG |
| 182 | 8' 3 POINT/PTO TILLER | 1,450.00 | JRYAN7 |
| 183 | WASCO 3 ROW SEEDER WITH 3 POINT HITCH | 270.00 | SCOOTCHDOG |
| 184 | (3) PALLETS OF 7' FENCE STAKES | 360.00 | FRANKM |
| 185 | (2) PALLETS OF 7' STEEL FENCE STAKES | 350.00 | SPREADWING |
| 187 | WASCO 3 POINT HYDRAULIC REEL | 105.00 | WILLIS |
| 188 | PAKFORK 42" 3 POINT FORK ATTACHMENT | 250.00 | ALFARO |
| 189 | CUSTOM BUILT PLASTIC MULCH APPLICATOR FOR 48" ROLLS | 310.00 | SCOOTCHDOG |
| 190 | FORD 2 ROW 6' DISC ATTACHMENT | 471.00 | ALFARO |
| 191 | IRRIGATION TRAILER WITH (60+)  30' X 3" PIPES | 1,160.00 | CRIMSON_SWEET |
| 192 | (8) 7' TRAILER AXELS AND (8) TIRES 7-14.5 | 326.66 | OLDOAKRANCH |
| 193 | (7) SCRAP STEEL BEAMS 23' | 326.66 | OLDOAKRANCH |
| 194 | BUNDLE OF 35' DAMAGED FARM IRRIGATION | 10.00 | 19521956 |
| 196 | BUNDLE OF 30' FARM IRRIGATION (SOME DAMAGED) | 40.00 | BBHATFIELD |
| 197 | HOME-BUILT FARM TRAILER FRAME 6' X 6' | 126.66 | TONYMEHROKE |
| 199 | (9) ROLLS OF 6' FENCING | 55.00 | FRANKM |
| 199A | (6) ROLLS OF 6' FENCING | 36.00 | FRANKM |

West Auctions, Inc.        Itemized Auction Report        July 23-25, 2019

Say Hay Farms

| LOT | DESCRIPTION | PRICE | USERNAME |
|---|---|---|---|
| 200 | 12 TON HYDRAULIC JACK | 32.00 | POISONPEDDLER |
| 204 | FLOOR JACK | 10.00 | SJCRDRIG |
| 205 | PITTSBURGH 6 TON JACK | 5.00 | SPREADWING |
| 206 | BOX OF HARDWARE; BOLTS, CARRIAGE BOLTS, U-BOLTS | 5.00 | RICHR |
| 207 | PITTSBURGH BEARING SEPERATOR AND PULLER SET | 42.00 | ALFARO |
| 208 | PITTSBURGH RADIATOR PRESSURE TEST KIT | 25.00 | KAILUAMOM |
| 209 | (3) LYNCH PIN ASSORTMENT KITS | 25.00 | IAMBIC |
| 210 | BOX OF PVC FITTINGS | 5.00 | BBHATFIELD |
| 211 | HARDWARE ORGANIZER WITH CONTENTS | 70.00 | ZAMORAFLORA |
| 212 | CRAFTSMAN COLORMATIC 230 AMP ARC WELDER | 62.00 | KAILUAMOM |
| 213 | LINCOLN ELECTRIC 180 DUAL POWER MIG CART KIT | 400.00 | BIDON35 |
| 214 | RIDGID R41421 14"  SAW | 46.00 | KAILUAMOM |
| 215 | (2) TOR REY CLASS III SCALES | 15.00 | ALFARO |
| 216 | FINISH THOMPSON M7T | 5.00 | DANNYGEEZ |
| 217 | RYOBI  SAW | 21.00 | KAILUAMOM |
| 218 | BIN OF TOOLS; SLEDGEHAMMER, WRENCHES, PRYBARS, CAULKING GUNS | 45.00 | ATHENA |
| 220 | CRATE OF ELECTRICAL COMPONENTS; PRESSURE SWITCH | 5.00 | BBHATFIELD |
| 221 | CRATE OF HARDWARE; WHEELS, NAILS | 5.00 | DOVESTRIUMPH |
| 222 | BOX OF GRINDING WHEELS AND SAW BLADES | 15.00 | POISONPEDDLER |
| 223 | CRATE OF ASSORTED HARDWARE | 10.00 | BIDON35 |
| 224 | 11 GALLON AIR TANK | 30.00 | ALFARO |
| 225 | BOX OF ASSORTED HARDWARE | 5.00 | OLDSARGE77 |
| 227 | DUAL LAMP WORK LIGHT | 10.00 | POISONPEDDLER |
| 228 | SANDING / POLISHING STATION | 70.00 | TONYMEHROKE |
| 229 | REXON 500MT2 DRILL PRESS | 105.00 | ALFARO |
| 230 | BUCKET OF CHAIN | 5.00 | DANNYGEEZ |
| 231 | GEOTOP GL3 LASER LEVER WITH STABILA TRIPOD | 135.00 | BIDON35 |
| 234 | 3 POINT HITCH WORK PLATFORM 14' X 64" (SHADE TARP / POLES INCLUDED) | 165.00 | SUNTRACKERFARM |
| 235 | (5) HARVESTING BINS 46" X 46" | 425.00 | POISONPEDDLER |
| 236 | PALLET OF; (60+) CRATES | 220.00 | RIVERDOG |
| 237 | PALLET OF; (30) CRATES | 75.00 | PABLITOTFF |
| 238 | PALLET OF; (11) CRATES | 56.00 | JRYAN7 |
| 239 | PALLET OF; (25) CRATES | 50.00 | KAILUAMOM |

West Auctions, Inc.

Itemized Auction Report

Say Hay Farms

July 23-25, 2019

| LOT | DESCRIPTION | PRICE | USERNAME |
|---|---|---|---|
| 240 | PALLET OF; (17) CRATES | 15.00 | MARSHALLMAC |
| 241 | PALLET OF; (35) CRATES | 80.00 | MARSHALLMAC |
| 242 | SCALE 47" X 47" | 135.00 | ALFARO |
| 243 | 100LB PROPANE TANK | 81.85 | KAILUAMOM |
| 244 | WATERMARK SOLAR SYSTEM | 50.00 | ALFARO |
| 245 | EARTHWAY PRECISION GARDEN SEEDER | 80.00 | KAILUAMOM |
| 246 | EXTENDABLE CONVEYOR BELT 6' X 2' FOLDED | 54.00 | RIVERDOG |
| 247 | STAINLESS STEEL TABLE 5' X 2' X 34" | 112.00 | SPREADWING |
| 248 | RACK 48" X 24" X 36" | 45.00 | SPREADWING |
| 249 | CUSTOM MADE WASHING TABLE 5' X 39" X 32" | 26.00 | SPREADWING |
| 250 | STAINLESS STEEL TABLE 8' X 24" X 34" | 81.50 | SPREADWING |
| 251 | ROLLING ROAD CASE 41" X 37" X 21" | 72.87 | KAILUAMOM |
| 252 | ROLLING ROAD CASE AND CONTENTS 50" X 32" X 42" | 135.00 | KAILUAMOM |
| 253 | CLEAN FORGE 1800 PSI POWER WASHER | 30.00 | ALFARO |
| 254 | HUSKY 3650 PORTABLE GAS GENERATOR | 105.00 | DAIMINHDUC |
| 255 | CRATE OF TOOLS; WEED WACKER | 15.00 | DOUBLEOONOTHING |
| 256 | APPROXIMATELY (16) BOOTS | 25.00 | ATHENA |
| 257 | HONDA 4 STROKE WEED WACKER | 70.00 | JESANTMUR1 |
| 258 | CAMPBELL HAUSFIELD AIR COMPRESSOR | 27.00 | KAILUAMOM |
| 259 | 40 GALLON SPRAY TANK WITH PUMP | 75.00 | ATHENA |
| 260 | CONTENTS OF SHELF; CAULKING, HAND TOOLS, TUBING, PAINT | 5.00 | BIONICVET |
| 261 | CRAFTSMAN 16 GALLON WET/DRY VACUUM | 15.00 | TONYMEHROKE |
| 262 | (3) WATER TANKS | 5.00 | MONKEYFARM |
| 263 | (3) COOLERS | 50.00 | SPREADWING |
| 264 | (2) EXTENSION CORDS | 40.00 | SPREADWING |
| 265 | CONTENTS OF SHELF; TOOL BAG, EGG CRATES, HEATERS, | 55.00 | POISONPEDDLER |
| 266 | STAINLESS STEEL TABLE 48" X 24" X 34" | 121.00 | SPREADWING |
| 267 | STAINLESS STEEL TABLE 48" X 24" X 34" | 175.00 | SPREADWING |
| 268 | STAINLESS STEEL TABLE 48" X 24" X 34" | 165.00 | STAVEWALL19 |
| 269 | TABLE 39" X 24" X 29" | 5.00 | EOWYN |
| 270 | HUSKY CART 31" X 16" X 27" | 30.00 | HERINGERWINE |
| 271 | (11) AUTO WATERS | 10.00 | ALIBABA1962 |
| 272 | (9) FEEDERS | 5.00 | ALIBABA1962 |

West Auctions, Inc.                    Itemized Auction Report                    July 23-25, 2019
                                       Say Hay Farms

| LOT | DESCRIPTION | PRICE | USERNAME |
|---|---|---|---|
| 273 | (12) CHICKEN DRINKERS/WATERS | 50.00 | BLUEOAKS |
| 274 | (10) FEEDERS | 65.00 | BLUEOAKS |
| 275 | (8) STORAGE CRATES | 25.00 | BGILLMING |
| 276 | PALLET OF (36) CRATES | 50.00 | JFARMS |
| 277 | PALLET OF (32) CRATES | 40.00 | JFARMS |
| 278 | PALLET OF (34) CRATES | 45.00 | JFARMS |
| 279 | PALLET OF (36) CRATES | 45.00 | ZAMORAFLORA |
| 280 | (8) ROLLS OF 6' FENCING | 35.00 | AUCTION3 |
| 281 | (2) 10 HOLE KUHL EGG NESTING COOPS | 360.00 | THOUD23 |
| 282 | (1) 10 HOLE KUHL EGG NESTING COOP | 277.00 | DEANFF |
| 283 | (2) 10 HOLE KUHL EGG NESTING COOPS | 350.00 | JESANTMUR1 |
| 284 | (2) 10 HOLE KUHL EGG NESTING COOPS | 290.00 | THOUD23 |
| 285 | (2) 250 GAL. CHEMICAL TANKS | 5.00 | SPREADWING |
| 286 | PALLET OF; OIL, HYDRAULIC OIL, | 85.00 | AUCTION3 |
| 287 | PALLET OF; SPRAYER, BUCKET PUMP, | 40.00 | KAILUAMOM |
| 288 | PALLET OF; PLASTIC PIPES AND SPRINKLERS | 25.00 | MVJWRB |
| 289 | PALLET OF; SPARE SPRINKLERS | 95.00 | SPREADWING |
| 290 | BULK LOT; OLD AGRICULTURE SPRAY HOSES | 30.00 | MVJWRB |
| 291 | STACK OF EGG TRAYS | 50.00 | FARMER777 |
| 292 | (60+) PLASTIC BASKETS | 95.00 | JFARMS |
| 296 | (2) MANUAL SEED PLANTING IMPLEMENTS | 70.00 | DOVESTRIUMPH |
| 297 | (4) PROPANE TANKS | 15.00 | KAILUAMOM |
| 298 | PREMIER PRS 100 SOLAR FENCE ENERGIZER WITH ELECTRICAL FENCING | 291.00 | KAILUAMOM |
| 299 | EASY UP SHADE SYSTEM | 207.00 | KAILUAMOM |
| 300 | (4) GAS TANKS | 35.00 | SPREADWING |
| 301 | (2) 6' LIFETIME TABLES | 40.00 | SPREADWING |
| 302 | 5500LB PALLET JACK | 115.00 | KAILUAMOM |
| 303 | PALLET OF BURLAP SACKS | 25.00 | BBHATFIELD |
| 304 | (4) SCALES WITH (2) CARRY CASES | 105.00 | KAILUAMOM |
| 305 | BULK LOT: SEEDS | 143.00 | BLUEOAKS |
| 306 | OFFICE FURNITURE | 15.00 | SPREADWING |
| 307 | 10' X 12' SUN GUARD | 15.00 | SPREADWING |
| 401 | (5) 300 GALLON CAGED FORKLIFTABLE TANKS | 35.00 | ROADRUNNER68 |

West Auctions, Inc.　　　　　　　　　　Itemized Auction Report　　　　　　　　　　July 23-25, 2019
Say Hay Farms

| LOT | DESCRIPTION | PRICE | USERNAME |
|---|---|---|---|
| 403 | 8' X 16" RING ROLLER | 560.00 | SUNTRACKERFARM |
| 405 | BROKEN IRRIGATION PIPE | 5.00 | BBHATFIELD |
| | **AUCTION TOTAL** | **104,005.20** | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher Bradley Hay** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number | **2019-25191** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:   List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Affiliated Equipment Financing**<br><br>Description of property securing debt: **Finger Cultivator** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Bank of Hope**<br><br>Description of property securing debt: **2330 Temple Drive Davis, CA 95618 Yolo County Debtor's primary residence (3 bedroom/2 bath residential, 1234 sq. ft.). APN: 032-183-019-000 Christopher B. Hay and Jana D. Hay, Husband and Wife as Joint Tenants** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Continue Contractual Payments** | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Christopher Bradley Hay**                              Case number *(if known)*  **2019-25191**

| Creditor's name: | **Capital One Auto Finance** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2017 Chrysler Pacifica 37,389 miles** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | **Registered Owner: Jana Hay** | ■ Retain the property and [explain]: **Continue Contractual Payments** | |

| Creditor's name: | **Farm Service Agency** | ■ Surrender the property. | ■ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **Citrus orchard estalishment and maintenance. Promissory Note for Subsequent Loan (Principal $190,000, 4% per annum) for 32 years.** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **Farm Service Agency** | ■ Surrender the property. | ■ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **Restructured operating line during business expansion. Promissory Note for Initial Loan (Principal $71,000, 2.5% per annum). Loan rescheduled 10/18/2016 (Principal $73,824.58, 2.1250% per annum) for 15 years.** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **Farm Service Agency** | ■ Surrender the property. | ■ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **Development of Farm Property: AG well, packing facility, coolers.  Promissory Note for Subsequent Loan (Principal $229,000, 2.5% per annum).** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **First Northern Bank of Dixon** | ■ Surrender the property. | ■ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **Operation Line of Credit. Promissory Note for Line of Credit (Principal $100,000, variable interest rate) - Christopher B. Hay DBA Say Hay Farms** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **USAA Federal Savings Bank** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a | ■ Yes |

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 2

| Debtor 1　**Christopher Bradley Hay** | Case number *(if known)*　**2019-25191** |
|---|---|

| Description of property | **2015 Dodge Ram 1500 SLT Crew Cab 83,867 miles** | *Reaffirmation Agreement.* |
|---|---|---|

securing debt: **Registered Owner: Christopher B. Hay**

■ Retain the property and [explain]:

**Continue Contractual Payments**

---

**Part 2:　List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:　**Citizens One Financing** | ☐ No<br><br>■ Yes |
| Description of leased Property:　**2 Year customer agreement for iPhone Purchase commencing January, 2018; $56.16 monthly payment, $280.96 outstanding.** | |

---

**Part 3:　Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Christopher Bradley Hay**　　　　　　　　　X _____
　**Christopher Bradley Hay**　　　　　　　　　　　　　Signature of Debtor 2
　Signature of Debtor 1

　Date　**August 21, 2019**　　　　　　　　　　　Date _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　　　　　　　　Best Case Bankruptcy

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Christopher Bradley Hay**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of California,
Sacramento Division

Case number    **2019-25191**
(if known)

</td></tr>
</table>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:       Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ Copy here -> | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ Copy here -> | $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Christopher Bradley Hay** _____    Case number (*if known*)   **2019-25191** _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**     $ _____    $ _____

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you _____ $ _____

For your spouse _____ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.     $ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism. If necessary, list other sources on a separate page and put the
total below.

. _____    $ _____    $ _____

_____    $ _____    $ _____

Total amounts from separate pages, if any.   +   $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.

$ _____   +   $ _____   =   $ _____

**Total current monthly
income**

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........................ **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)       **x 12**

12b. The result is your annual income for this part of the form    12b.   $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household. ........................
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.    13.   $ _____

14. **How do the lines compare?**

14a. ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**   **/s/ Christopher Bradley Hay** _____

**Christopher Bradley Hay**

Signature of Debtor 1

Date   **August 21, 2019** _____

MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

**Fill in this information to identify your case:**

Debtor 1    **Christopher Bradley Hay**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of California, Sacramento Division

Case number   **2019-25191**
(if known)

☐ Check if this is an amended filing

---

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are you debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?
   ☐ No.   Go to line 3.
   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).
       ☐ No.    Go to line 3.
       ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**
   ☐ No.     Complete Form 122A-1. Do not submit this supplement.
   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).
       ☐ No.     Complete Form 122A-1. Do not submit this supplement.
       ☐ Yes.   Check any one of the following categories that applies:

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

          ☐ **I am performing a homeland defense activity for at least 90 days.**

          ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.